

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-16-00090-CR

---

SCOTT EVERETT SHINE, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 8th District Court
Franklin County, Texas
Trial Court No. F-9065

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Scott Everett Shine appeals from three conviction of engaging in organized criminal activity with the underlying offense of delivery of a controlled substance. Shine has filed a single brief in which he raises an issue common to each of his appeals.[1] He argues that the trial court erred in limiting his cross-examination of one of the State's law enforcement witnesses.

We addressed this issue in detail in our opinion of this date on Shine's appeal in cause number 06-16-00088-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.


                        Josh R. Morriss, III
                        Chief Justice


Date Submitted:      September 22, 2016
Date Decided:        October 18, 2016

Do Not Publish

---

[1]Shine likewise appeals from his convictions in cause numbers 06-16-00088-CR and 06-16-00089-CR.